This is to document that notices regarding transfer of this case were served by mail on the following attorneys.

   1:03-cv-02913   Alpha Cord, Inc. v. New England Cord

      Thomas G. Tidwell, Esq.
      Kasowitz Benson Torres & Friedman
      1360 Peachtree Street, NE
      One Midtown Plaza, Suite 1150
      Atlanta, GA  30309

      Laura D. Tubbs, Esq.
      Kasowitz Benson Torres & Friedman
      1360 Peachtree Street, NE
      One Midtown Plaza, Suite 1150
      Atlanta, GA  30309

      John C. Herman, Esq.
      Duane Morris
      1180 West Peachtree Street, NW
      Suite 700
      Atlanta, GA  30309-3448

      Claus D. Melarti, Esq.
      Duane Morris
      1180 West Peachtree Street, NW
      Suite 700
      Atlanta, GA  30309-3448

      Telka L. Johnson, Esq.
      Duane Morris
      1180 West Peachtree Street, NW
      Suite 700
      Atlanta, GA  30309-3448

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALPHA CORD, INC. and<br>DAVID P. MEYERS,<br><br>Plaintiffs,<br><br>v.<br><br>NEW ENGLAND CORD BLOOD BANK,<br>INC. and JOHN R. RIZZA,<br><br>Defendants. | 04-10449 MEL<br><br>Civil Action File<br><br>No. 1:03-CV-2913-JEC |

## DEFENDANTS' STATUS REPORT AND
## RENEWED MOTION TO DISMISS AND/OR TRANSFER

NOW COME Defendants New England Cord Blood Bank, Inc. ("NECBB") and John R. Rizza (collectively, "Defendants") and hereby make and file this Status Report on the parallel action involving NECBB and Alpha Cord, Inc. ("Alpha Cord") and David P. Meyers ("Meyers") in the United States District Court of Massachusetts (the "Massachusetts Action"). Because the Massachusetts Court has found that this case should proceed in Massachusetts, Defendants also renew their Motion to Dismiss this case in favor of the Massachusetts Action.

In the Massachusetts Action, that Court has taken evidence and heard arguments on the merits of this case in connection with NECBB's motion for preliminary injunction. The Massachusetts Court has also heard argument and

ATL\41803.1

taken evidence on Alpha Cord's and Myers' motion to stay the Massachusetts Action and motion to transfer that action to this Court. The Court held a hearing on those motions on October 23, 2003.

On January 12, 2004, the Massachusetts Court sent notice to the parties that a scheduling conference would occur on February 20, 2004. A true and correct copy of this Notice is attached hereto as Exhibit A. Thereafter, on January 21, 2004, the Massachusetts Court issued a 12-page opinion, a true and correct copy of which is attached hereto as Exhibit B, denying the motions to stay and transfer the Massachusetts Action and denying NECBB's motion for a preliminary injunction.

In rejecting Alpha Cord's motion to transfer, the Massachusetts Court acknowledged that the "first filed" rule generally dictates which federal court action should proceed. The Court, however, specifically found that the "balance of the conveniences weighs in favor of" the Massachusetts Action. (Exhibit B at 5). The final consideration addressed by the Court was that, under the parties' agreement, Massachusetts law was to be applied to this case. The Court therefore decided that the case should not be transferred and that the Massachusetts Action will proceed.

Accordingly, since the merits of this case are proceeding before the Massachusetts Court, Defendants respectfully renew their motion to dismiss this action in favor of the Massachusetts Action. That Court has already heard

evidence and reviewed the merits of the claims – at least on a preliminary basis. That Court is also in a better position to determine and apply Massachusetts law to the case. In the interests of judicial economy, this action should be dismissed in favor of the Massachusetts Action.

## CONCLUSION

For the foregoing reasons, Defendants respectfully request that this Court dismiss this case in favor of the Massachusetts Action.

Respectfully submitted, this 27TH day of January, 2004.

DUANE MORRIS LLP

_____
John C. Herman
    (Ga. Bar No. 348370)
Claus D. Melarti
    (Ga. Bar No. 501181)
Telka L. Johnson
    (Ga. Bar No. 395485)

1180 West Peachtree Street
Suite 700
Atlanta, Georgia 3009-3448
(404) 253 -6900 (telephone)
(404) 253-6901 (facsimile)

Counsel for Defendants
NEW ENGLAND CORD BLOOD BANK,
INC. and JOHN R. RIZZA

## L.R. 7.1(D), N.D. GA. CERTIFICATE

Pursuant to L.R. 7.1(D), N.D. Ga., I hereby certify that the foregoing Defendants' Status Report and Renewed Motion to Dismiss And/Or Transfer has been prepared using Times New Roman Fourteen (14) point font as required by the Court in L.R. 5.1(B), N.D. Ga.

_____
John C. Herman

ATL\41803.1

```
                            U.S. District Court                    CLOSED 4 MOS
        U.S. District Court for the Northern District of Georgia (Atlanta
                      CIVIL DOCKET FOR CASE #: 03-CV-2913

Alpha Cord, Inc., et al v. New England Cord, et al      Filed: 09/26/03
Assigned to: Judge Julie E. Carnes                      Jury demand: Plaintiff
Demand: $13,089,000                                     Nature of Suit: 190
Lead Docket: None                                       Jurisdiction: Diversity
Dkt # in DeKalb State Court : is 03A104165

Cause: 28:1441 Petition for Removal- Breach of Contract


ALPHA CORD, INC.                    Thomas G. Tidwell
      plaintiff                     [COR LD NTC]
                                    Laura D. Tubbs
                                    [COR LD NTC]
                                    Kasowitz Benson Torres &
                                    Friedman
                                    1360 Peachtree Street, NE
                                    One Midtown Plaza, Suite 1150
                                    Atlanta, GA 30309
                                    404-260-6080


DAVID P. MEYERS                     Thomas G. Tidwell
      plaintiff                     (See above)
                                    [COR LD NTC]
                                    Laura D. Tubbs
                                    (See above)
                                    [COR LD NTC]


   v.


NEW ENGLAND CORD BLOOD BANK,        John C. Herman
INC.                                [COR LD NTC]
      defendant                     Claus D. Melarti
                                    404-253-6175
                                    [COR LD NTC]
                                    Silas L. Johnson
                                    404-253-6942
                                    [COR LD NTC]
                                    Duane Morris
                                    1180 West Peachtree Street, NW
                                    Suite 700
                                    Atlanta, GA 30309-3448
                                    404-253-6900


JOHN R. RIZZA                       John C. Herman

Docket as of February 26, 2004 4:24 pm                          Page 1
```

```
Proceedings include all events.                                          CLOSED
1:03cv2913 Alpha Cord, Inc., et al v. New England Cord, et al
                                                                         4 MOS
     defendant                     (see above)
                                   [COLD NTC]
                                   Claus D. Melarti
                                   (see above)
                                   [COLD NTC]
                                   Paul L. Johnson
                                   (see above)
                                   [COLD NTC]
```

```
Proceedings include all events.                                    CLOSED
1:03cv2913 Alpha Cord, Inc., et al v. New England Cord, et al
                                                                    4 MOS

 9/26/03   1      NOTICE OF REMOVAL with COMPLAINT (Pretrial instructions
                  attached to service copies and returned to attorney for
                  service.)  FILING FEE $ 150.00   RECEIPT # 511592 (jdb)
                  [Entry date 09/29/03]

 9/26/03   1      MOTION by plaintiff Alpha Cord, Inc. for preliminary
                  injunction with brief in support. (jdb)
                  [Entry date 09/29/03]

 9/26/03   2      MOTION by defendants to dismiss with declaration of John
                  R. Rizza and with brief in support. (jdb)
                  [Entry date 09/29/03]

10/3/03    3      REQUEST by plaintiff for expedited hearing on their motion
                  for preliminary injunction and dfts' motion to dismiss (jph)
                  [Entry date 10/07/03]

10/7/03    4      Brief by plaintiffs in opposition to [2-1] motion to
                  dismiss (jph) [Entry date 10/08/03]

10/10/03   5      Opposition by defendants to the [3-1] motion for expedited
                  hearing on their motion for preliminary injunction and
                  motion to dismiss also. [Entry date 10/14/03]

10/14/03   6      Notice of filing original affidavit by plaintiffs. (jph)
                  [Entry date 10/16/03]

10/15/03   7      ORDER by Judge Julie E. Carnes DENYING [3-1] motion for
                  expedited hearing on their motion for preliminary
                  injunction and dfts' motion to dismiss by David P. Meyers,
                  Alpha Cord, Inc.  (cc by CRD) (jph) [Entry date 10/16/03]

10/16/03   --     SUBMITTED to Judge Julie E. Carnes on [1-1] motion for
                  preliminary injunction and [2-1] motion to dismiss (jph)
                  [Entry date 10/16/03]

10/22/03   8      Reply brief in support of [2-1] motion to dismiss by
                  defendants. (jph) [Entry date 10/24/03]

11/6/03    9      SUPPLEMENTAL REQUEST by plaintiffs for hearing on their
                  motion for preliminary injunction and dfts' motion to
                  dismiss. (jph) [Entry date 11/10/03]

11/10/03   10     Defendants' opposition to [9-1] motion for hearing on their
                  motion for preliminary injunction and dfts' motion to
                  dismiss (jph) [Entry date 11/13/03]

11/18/03   11     Memo by CRD directing dfts to submit a status report within
                  5 days regarding the Massachusetts action and responding to
                  pla's supplemental request for hearing. (cc by CRD) (jph)
                  [Entry date 11/20/03]

11/25/03   12     Notice of filing proof of service on John Rizza by
                  plaintiffs. (jph) [Entry date 12/01/03]

Docket as of February 26, 2004 4:17 pm                          Page 3
```

```
Proceedings include all events.
1:03cv2913 Alpha Cord, Inc., et          and Cord, et al          CLOSED
                                                                  4 MOS

12/1/03    --    SUBMITTED to Jud█ █ █ █ █ Carnes on [9-1] motion for
                 hearing on their █ █ █ for preliminary injunction and
                 dfts' motion to d█ m█ss (file in chambers) (jph)
                 [Entry date 12/0█/██]

1/27/04    13    STATUS REPORT by █ █ █ █ w England Cord, defendant John
                 R. Rizza. (jdb) █ █ █ █ (█ █ ) 01/28/04]

1/27/04    13    MOTION by defend█ █ █ d█ █ ss and/or transfer (jdb)
                 [Entry date 01/2█ █]

2/13/04    --    SUBMITTED to Jud█ █ █ █ Carnes on [13-1] motion to
                 dismiss and/or t█ █ █ (█ ) [Entry date 02/13/04]

2/18/04    14    Notice to part█ █ █ █ ND, directing parties to file Joint
                 Certificate of █ █ █ ed █ █ ties and Joint prel stmt by
                 3/1/04   [14-1] █ █ █ █ submitted on 3/3/04 (jlm)
                 [Entry date 02/█ █]

2/25/04    15    ORDER by Judge J█ █ █ █ Carnes GRANTING as unopposed dft's
                 [13-2] motion to █ █ █ DENYING dft's [13-1] motion to
                 dismiss, DENYI█ █ █ █ █ [9-1] motion for hearing on
                 their motion f█ █ █ █ █ injunction and dfts' motion to
                 dismiss, DENYI█ █ █ █ █ s motion to dismiss and
                 DENYING AS MOO█ █ █ █ █ for preliminary injunction.
                 (cc) (jlm) [En█ █ █ █ 02/█ █/04]

2/25/04    --    Transmittal of █ █ █ █ documents, certified copy of order
                 transferring a█ █ █ █ █ the United States District Court
                 for the Distr█ █ █ █ █ █ etts. (jlm)
                 [Entry date 02█ █]

2/25/04    --    Case terminate█ █ █ █ █ █ date 02/26/04]
```